**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1-26-cv-22964-XXXX

NIGEL FRAND DE LA TORRE PARDO

   Plaintiff,

vs.

A D P Inc., and CHILL-N SOUTH MIAMI,
LLC.

   Defendant(s)

               /

**DEFENDANT'S, A D P, INC., UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT [ECF 1] AND TO RESPOND TO COURT'S NOTICE OF COURT PRACTICE [EFF 7]**

Defendant, A D P, Inc., ("ADP"), by and through undersigned counsel, moves this Court for the entry of an Order extending the time for Defendant, A D P Inc., to file a response to the Complaint [ECF 1] and to respond to the Court's Notice of Court Practice [ECF 7] filed in this matter and as grounds therefore state:

1. Plaintiff, Nigel Frand de la Torre Pardo ("Plaintiff") served ADP with the Complaint in this matter on April 30, 2026.

2. ADP's response to the Complaint is due on May 20, 2026.

3. Defendant, Chill-N South Miami, LLC, ("Chill-N") has not yet been served with the Complaint.

4. Undersigned counsel has agreed to accept service of the Complaint on behalf of Chill-N as of May 25, 2026.

5. The deadline for Chill-N's to file its report pursuant to the Court's Notice of Court Practice would be deemed due June 8, 2026, and the response to the Complaint due June 15, 2026.

6.     Defendant, ADP, files this Motion for Extension of Time requesting that ADP response to the Complaint and the Court's Notice of Court Practice within the same time frame as Chill-N.

7.     Accordingly, ADP files this Motion requesting an enlargement of through June 8, 2026, to file its report pursuant to the Notice of Court Practice and an extension up through and including June 15, 2026, to file a response to the Complaint.

8.     Counsel for ADP conferred with Plaintiff's counsel and certifies that counsel for Plaintiff agrees with the relief requested herein.

WHEREFORE, Defendant, A D P, Inc., respectfully requests this Court grant this Motion, and enter an Order Granting Defendant an extension of time up through and including June 8, 2026, to file its report with the Court pursuant to Notice of Court Practice [ECF 7] and up through and including June 15, 2026, to respond to Plaintiff's Complaint, and for such further relief as this Court deems just and proper.

## LOCA RULE 7.1 CERTIFICATION

I CERTIFY that before filing this Motion, I discussed the relief requested in this Motion via email on May 13, 2026, with Ramon J. Diego, Esq., counsel for the Plaintiff. Counsel for the Plaintiff stated that they agree to the relief sought within this Motion.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2026, a true and correct copy of the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

**MINERLEY FEIN, P.A.**

*/s/ Kenneth L. Minerley*
Kenneth L. Minerley

Florida Bar No. 521840
1200 North Federal Highway, Suite 420
Boca Raton, FL 33432
Telephone: (561) 362-6699
Facsimile: (561) 447-9884
Primary Email:
ken@minerleyfein.com
*Attorneys for Defendants*
Secondary Emails:
fileclerk@minerleyfein.com
maura@minerleyfein.com